# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                CASE NO. 8:02CR490-T-EAK-TBM

AMADOR IRRIZARY SANABRIA
_____/

## ORDER

This cause comes before the Court on notice from the Office of the Federal Defender that it has satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notification that the office will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Irrizary-Sanabria pursuant to the retroactive application of revised sentencing guidelines (Doc. 101).  The Defendant in this case has not filed a motion for reduction in sentence under Amendment 782.  The Court will allow the Defendant to file a motion requesting a reduction before it determines the matter.  Accordingly, it is.

**ORDERED** that defendant has up to and including April 1, 2016, to file a motion and memorandum in support of his contention that his sentence should be reduced.  The government is directed to file a response to any filings within fifteen days of the date of any filing from the defendant.  The Court will rule on the issue as soon as possible after that date.  The Federal Defender is withdrawn from this matter.

This 4th day of February, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record